## KOSSOFF & UNGER
ATTORNEYS AT LAW
217 BROADWAY  SUITE 401
NEW YORK, NEW YORK 10007-3398

(212) 267-6364
FAX (212) 385-2558

MITCHELL H. KOSSOFF
SALLY E. UNGER

LESTER BREISBLATT**
STACIE BRYCE FELDMAN

NANCY S. PITKOFSKY
CHRISTINA A. SMYTH
STEVEN Y. STEINHART

*OF COUNSEL
**ALSO ADMITTED IN NJ

DAWN R. MYERS**
MICHAEL DAVID NACHTOME**
RANAKDEVI CHUDASAMA**
ANTHONY J. RODRIGUEZ, JR.
OLGA TZORTZATOS
DANIEL GEWIRTZ
DAVID J. PATTERSON*
LINDA RZESNIOWIECKI***

RECEIVED JUN 13 2007

June 11, 2007

Hon. Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**Re:   Brown v. PAX Ventures, LLC**
**      Case #: 07-cv-03273-RJH**

Dear Judge Holwell:

Pursuant to the instruction of your law clerk, this letter is to advise the Court that the parties have agreed to extend Defendant's time to interpose an answer or otherwise move with respect to the Complaint in the above referenced matter to June 29, 2007.

Respectfully yours,

Michael Nachtome

cc:   J. Justin Griffin, Esq.
      jjg10@hotmail.com
      Ku & Mussman, P.A.
      Of Counsel
      64 Oriole Street
      Pearl River, New York 10965

SO ORDERED

USDJ 6/15/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07