☑002/004

# KOSSOFF & UNGER
### ATTORNEYS AT LAW
217 BROADWAY  SUITE 401
NEW YORK, NEW YORK 10007-3398

(212) 267-6364
FAX (212) 385-2558

MITCHELL H. KOSSOFF
SALLY E. UNGER

LESTER BREISBLATT**
STACIE BRYCE FELDMAN

NANCY S. PITKOFSKY
CHRISTINA A. SMYTH
STEVEN Y. STEINHART

*OF COUNSEL
**ALSO ADMITTED IN NJ

DAWN R. MYERS**
MICHAEL DAVID NACHTOME**
RANAKDEVI CHUDASAMA**
ANTHONY J. RODRIGUEZ, JR.
OLGA TZORTZATOS
DANIEL GEWIRTZ
DAVID J. PATTERSON*
LINDA RZESNIOWIECKI***

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

RECEIVED
JUN 29 2007
CHAMBERS OF
RICHARD J HOLWELL

June 29, 2007

Hon. Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Re:  **Brown v. PAX Ventures, LLC**
     **Case #: 07-cv-03273-RJH**

Dear Judge Holwell:

Pursuant to the instruction of your law clerk, please be advised that this firm represents the Defendant, PAX Ventures, LLC ("Defendant") in the above referenced matter. Attached hereto, please find a copy of our Notice of Appearance.

I am writing to request from the Court another brief extension of time for which Defendant to interpose an Answer and/or move with respect to the Complaint, to July 6, 2007. Please be reminded that previously, Plaintiff's counsel agreed to an extension for Defendant to Answer or move with respect to the Complaint to today, June 29, 2007. Please be advised that several attempts have been made to contact Plaintiff's attorney for an additional extension, however, all attempts to have been unsuccessful. Therefore, we request that this Court extend Defendant's time.

Respectfully yours,

Ranakdevi Chudasma

Application granted
[signature]
USDJ
7/11/07

KOSSOFF & UNGER

cc:    J. Justin Griffin, Esq.
       jjg10@hotmail.com
       Ku & Mussman, P.A.
       Of Counsel
       64 Oriole Street
       Pearl River, New York 10965