## RULE 7.1 DISCLOSURE STATEMENT

Defendant, Pax Ventures, LLC, has no parent corporation nor does any public corporation own any stock in said entity.

Dated: July 12, 2007
     New York, New York          KOSSOFF & UNGER

                                    By:    S/Stacie Bryce Feldman     
                                    Stacie Bryce Feldman, Esq. (SF2055)
                                    Ranakdevi Chudasama, Esq. (RC7164)
                                    KOSSOFF & UNGER
                                    217 Broadway Suite 401
                                    New York, NY 10007
                                    Telephone: (212) 267-6364
                                    Facsimile: (212) 385-2558
                                    E-mail: sfeldman@kaulaw.com
                                                rchudasama@kaulaw.com