## CERTIFICATE OF SERVICE

I, STACIE BRYCE FELDMAN, hereby certify that a true and correct copy of Defendant, PAX Ventures, LLC's Answer has been furnished by U.S. mail and by email delivery on July 6, 2007, to:

>J.Justin Griffin, Esq.
>64 Oriole Street
>Pearl River, New York 10965
>jj10@hotmail.com
>
>Brian Ku, Esq.
>Ku & Mussman, P.A.
>11098 Biscayne Blvd., Suite 301
>Miami, Florida 33161
>brian@kumussman.com

Dated: July 6, 2007
      New York, New York                         S/ Stacie Bryce Feldman
                                                        Stacie Bryce Feldman, Esq. (SF2055)