USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CHRISTOPHER BROWN,

                Plaintiff,

  -against-

PAX VENTURES,

                Defendant.

-----------------------------------------------------------x

07 Civ. 03273 (RJH)

**ORDER**

The pretrial conference scheduled for July 27, 2007 is rescheduled to August 01, 2007, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 20, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge