# KOSSOFF & UNGER
ATTORNEYS AT LAW
217 BROADWAY  SUITE 401
NEW YORK, NEW YORK 10007-3398

(212) 267-6364
FAX (212) 385-2558

MITCHELL H KOSSOFF
SALLY E UNGER

LESTER BREISBLATT**
STACIE BRYCE FELDMAN

NANCY S PITKOPSKY
CHRISTINA A SMYTH
STEVEN Y STEINHART

*OF COUNSEL
**ALSO ADMITTED IN NJ

DAWN R MYERS**
MICHAEL DAVID NACHTOME**
RANAKDEVI CHUDASAMA**
ANTHONY J RODRIGUEZ, JR
OLGA TZORTZATOS
DANIEL GEWIRTZ
DAVID J PATTERSON*
LINDA RZESNIOWIECKI***



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

July 19, 2007

Hon. Richard J. Holwell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1750
New York, NY 10007

**Re: Christopher E. Brown v. Pax Ventures, LLC  Civ. No. 07-cv-3273 (RJH)**

Dear Judge Holwell:

As your Honor may recall, I was unable to file the Answer in the above-referenced case on July 6, 2007 by ECF because I had not yet received my password. Your law clerk accepted the original hard copy from my paralegal and advised him that I should fax you notification when I received my password and filed the Answer by ECF. He further advised that after the filing was made I should request that you "so order" ECF to backdate the filing of the Answer to July 6, 2007.

This letter is to inform you that the Answer has been filed by ECF and, therefore, I request that an order be issued directing ECF to backdate the filing to July 6, 2007.

Thank you for your consideration and assistance in this matter.

Respectfully yours,

Stacie Bryce Feldman

SBF:rr

---

*Application granted. The Answer filed on July 12, 2007 [6] is accepted as timely. The Clerk of the Court shall date the filing to July 6, 2007.*

SO ORDERED:
Date: 7/27/07

Richard J. Holwell, U.S.D.J.