UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER E. BROWN
an individual,

          Plaintiff,

vs.

PAX VENTURES, LLC
a New York Limited Liability Company,

          Defendant.
------------------------------------------------------------X

Civ. No. 07-cv-3273 (RJH)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, the law firm of Kossoff & Unger has been retained by Defendant PAX Ventures, LLC in the above-captioned action. Accordingly, please note our appearance as counsel of record in this action and forward all future correspondence to the undersigned.

Dated: December 18, 2007
      New York, New York

                              KOSSOFF & UNGER

                        By: _____
                              Zoë L. Davidson (ZD6228)
                              217 Broadway Suite 401
                              New York, NY 10007
                              Telephone: (212) 267-6364
                              Facsimile: (212) 385-2558
                              E-mail: zdavidson@kaulaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER E. BROWN
an individual,

        Plaintiff,

vs.

                              07 Civ. 3273 (RJH)

PAX VENTURES, LLC
a New York Limited Liability Company,

        Defendant.

## NOTICE OF APPEARANCE

### Kossoff & Unger
*Attorneys for the Pax Defendant.*
217 Broadway
Suite 401
New York, NY 10007
Tel: 212 267-6364