UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

       Plaintiff,                           07 CV 03273 (RJH)

vs.                                    **RULE 7.1 STATEMENT**

PAX VENTURES, LLC.
A New York Limited Liability Company,

       Defendant.
------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrates Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff, CHRISTOPHER E. BROWN (a private non-governmental party) certifies that said Plaintiff has no corporate parents, affiliates and/or subsidiaries which are publicly held..

Dated: December 19, 2007

                                              KU & MUSSMAN, P.A.
                                              Attorneys for Plaintiff
                                              11098 Biscayne Blvd., Suite 301
                                              Miami, FL 33161
                                              Tel: (305) 891-1322
                                              Fax: (305) 891-4512
                                              louis@kumussman.com

                                              By:/s/ J. Justin Griffin_____
                                              J. Justin Griffin, Esq.
                                              Of Counsel Bar ID No.: JG4808
                                              64 Oriole Street
                                              Pearl Street, NY 10965

Tel: (845) 653-1172  
Fax: (845) 623-8072  
jjg10@hotmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2007, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following: Zoe L. Davidson, Esq. and Stacie Bryce Feldman, Esq. 217 Broadway, Ste 401, New York, New York 10007.

By:/s/ J. Justin Griffin  
J. Justin Griffin, Esq.