UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHRISTOPHER E. BROWN
an individual

                Plaintiff,

                                         07 CIVIL 3273 (RJH)

      -against-

PAX VENTURES, LLC
a New York Limited Liability Company

                Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Zoë Lynn Davidson**

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        ZD6228

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: New York City Law Department

    To: Kossoff and Unger

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 217 Broadway, Suite 401, New York NY 10007

☐ *Telephone Number:* (212) 267-6364

☐ *Fax Number:* (212) 385-2558

☐ *E-Mail Address:* zdavidson@kaulaw.com

Dated: 12/19/2007