## KOSSOFF & UNGER
### ATTORNEYS AT LAW
### 217 BROADWAY SUITE 401
### NEW YORK, NEW YORK 10007-3398

(212) 267-6364
FAX (212) 385-2558

MITCHELL H KOSSOFF
SALLY E. UNGER

LESTER BREISBLATT**
STACIE BRYCE FELDMAN

CHRISTINA A SMYTH
STEVEN Y STEINHART

*OF COUNSEL
**ALSO ADMITTED IN NJ

DAWN R MYERS**
MICHAEL DAVID NACHTOME**
RANAKDEVI CHUDASAMA**
ANTHONY J. RODRIGUEZ, JR.
OLGA TZORTZATOS
DANIEL GEWIRTZ
ZOË DAVIDSON
DAVID J PATTERSON*
LINDA RZESNIOWIECKI***

January 11, 2008

Hon. Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street, Room 1750
New York, NY 10007

**Re: <u>Christopher E. Brown v. Pax Ventures, LLC  07 Civ 3273 (RJH)</u>**

Dear Judge Holwell:

     Plaintiff Christopher Brown brings this action pursuant to Title III of the Americans With Disabilities Act ("ADA") against Defendant Pax Ventures. Plaintiff, a wheelchair-bound tester, claims that the restaurants operated by Defendant did not provide accessible restrooms, in violation of ADA.

     Both parties are interested in settling this action. To date, all parties have completed their Rule 26(a)(1) disclosures. Defendants have responded to all of Plaintiff's discovery demands to date, and Defendants have served Plaintiff with discovery demands and notices of deposition. ADA experts from both parties have completed inspection of the Defendant's restaurants for alleged ADA violations. However, the parties cannot move further toward settlement until the ADA experts from both sides complete their reports. Nor can the parties properly conduct depositions until we receive the experts' reports. Therefore, both parties respectfully request that the deadline for completing fact discovery be extended sixty (60) days from January 25, 2008 to March 25, 2008. This extension will give the parties time to review the experts' reports, and to continue with discovery and settlement discussions. This is the parties' first request for an extension.

Both parties have agreed, subject to the Court's approval, to the following case management proposal:

| | |
|---|---|
| March 14, 2008 | All depositions completed |
| March 28, 2008 | All fact discovery completed |
| April 25, 2008 | Rule 26(a)(2) disclosures completed |
| May 28, 2008 | All expert discovery completed |
| July 15, 2008 | All dispositive motions to be filed |
| August 15, 2008 | Parties shall file final pretrial order |

Thank you for your consideration in this matter.

Respectfully yours,

Ku & Mussman
Attorneys for Plaintiff
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
(305) 891-1322
By: _____
Louis T. Mussman, Esq.

Kossoff and Unger
Attorneys for Defendant
217 Broadway, Suite 401
New York, NY 10007
(212) 267-6364
By: _____
Zoë L. Davidson, Esq.