UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHRISTOPHER BROWN, : 07 Civ. 03273 (RJH)
:
                Plaintiff, :
:
-against- : **ORDER**
:
PAX VENTURES, :
:
:
                Defendant. :
:

------------------------------------------------------------x

        The pretrial conference scheduled for March 28, 2008 is rescheduled to April 04, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

                                        Richard J. Holwell
                                      United States District Judge