```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```



# KU & MUSSMAN, P.A.

ATTORNEYS AT LAW

11098 Biscayne Boulevard
Suite 301
Miami, Florida 33161
305 891 1322
305 891 4512 Fax

March 27, 2008

Honorable Richard J. Howell
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

Via Facsimile: (212) 805-7948

RE: *Brown v. Pax Ventures, LLC*
CASE NO.: 07-cv-3273 (RJH)

Honorable Judge Richard J. Howell:

This firm represents Plaintiff, Christopher E. Brown in the above referenced action. As per the parties' endorsed letter signed by Judge Loretta A. Preska on January 16, 2008, "all fact discovery shall be completed by March 28, 2008." However, the parties are currently in the final stages of settlement and anticipate resolving this matter in a near future. Accordingly, the parties respectfully request this Court to extend all discovery deadlines by thirty (30) days. This is the parties' second extension request.

This extension is not intended for the purposes of delay and will not prejudice either party. Plaintiff has contacted Defense counsel's office and Associate Michael Nachtome has consented to the foregoing.

Application Granted
Pretrial conference
adjourned to
5/2/08 at
10:00 a-

Respectfully Submitted,

Allan J.P. Rooney, Esq.

SO ORDERED

*[signature]*
US DJ
3/28/08

cc:  Zoe Davidson
     Stacie B. Feldman

# KU & MUSSMAN, P.A.

ATTORNEYS AT LAW

11098 Biscayne Boulevard
Suite 301
Miami, Florida 33161
Tel: (305) 891-1322
Fax: (305) 891-4512

# FAX

**NAME:** Honorable Richard J. Howell, Esq.

**FAX:** (212) 805-7948

**PHONE:**

**FROM:** Ku & Mussman, P.A.

**DATE:** 03/27/08

**SUBJECT:** *Christopher Brown v. Pax Ventures, LLC*

**PAGES:** 2

_____ By fax only. No hard copy sent.
__X__ By fax and mail. Hard copy sent.

**COMMENTS:** Enclosed please find a copy of Plaintiff's letter requesting discovery deadline extension.

Best regards,

Allan J.P. Rooney, Esq.

NOTICE! This message is intended only for the use of the individual to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law and/or work product and client privilege doctrines. You are hereby notified that any dissemination or copying of the facsimile is strictly prohibited. *Any error in transmitting these documents shall not be construed as a waiver of any right or privilege of the transmitting party or client thereof. If you have received this communication in error, please notify us by telephone and return these papers to us via first class mail at the address shown above.