

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTOPHER E. BROWN                          :
an individual,                                :     07cv 03273
                                              :     Civ. No. ~~07-cv-3723~~ (RJH)
                Plaintiff,                    :
                                              :
vs.                                           :     **STIPULATION AND ORDER**
                                              :     **OF SETTLEMENT AND**
PAX VENTURES, LLC                             :     **DISCONTINUANCE**
a New York Limited Liability Company,         :
                                              :
                Defendant.                    :
-----------------------------------------------------------X

**WHEREAS**, plaintiff Christopher E. Brown ("plaintiff") commenced this action by filing a complaint on April 24, 2007 alleging discrimination on the basis of disability in violation of Title III, 42. U.S.C. § 12181, the Americans With Disabilities Act ("ADA"); and

**WHEREAS**, defendant PAX Ventures, LLC ("defendant") has denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the undersigned parties now desire to resolve the issues raised in this action without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Plaintiff and Defendant have entered into a settlement agreement ("Agreement") to settle all claims raised by the plaintiff.

2. Plaintiff agrees to discontinue and withdraw all claims asserted against the defendant, with prejudice, and without costs, except as otherwise specified in the Agreement.

3. The parties hereby request that this Court retain jurisdiction over this matter solely for purposes of enforcement of the Agreement.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

4.  This stipulation may be faxed and signed in counterpart, and if so faxed and signed, shall constitute an original stipulation for all purposes.

Dated:   New York, New York
         April 8, 2008

Allan J. P. Rooney, Of Counsel
KU & MUSSMAN, P.A.
*Attorneys for Plaintiff*
11098 Biscayne Blvd., Suite 301
Miami, FL 33161
(305) 891-1322

By: _____
    Allan J. P. Rooney, Of Counsel

Zoë L. Davidson
KOSSOFF & UNGER
*Attorneys for Defendant*
217 Broadway, Suite 401
New York, NY 10007
(212) 267-6364

By: _____
    Zoë L. Davidson, Esq.

It is so ORDERED this 14 day of April, 2008.

_____
HOLWELL, U.S.D.J.

2